UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS R. COOKISH,

    Petitioner,

v.                                              CASE NO: 8:08-cv-1114-T-30EAJ

STATE OF FLORIDA, et al.,

    Respondents.
_____/

## ORDER

THIS ORDER comes before this court on Petitioner Dennis R. Cookish (hereinafter "Petitioner") petition for habeas corpus pursuant to 28 U.S.C. §2241 (Dkt. 9). This Court will dismiss the petition as moot.

At the time Petitioner filed his petition on September 9, 2008, he was a *pro se* inmate in the Maryland prison system. He brought the petition to challenge a detainer levied against him by the State of Florida for a 2001 indictment for one count of Uttering a Forged Check. Petitioner argued that Florida's failure to bring him to trial on the 2001 charge after seven years violated his Sixth Amendment right to a speedy trial. Petitioner petitioned this Court to dismiss both the 2001 Florida charge and the detainer lodged against him.

A search of the Pinellas County Sheriff's Office's website shows that Petitioner has since been transported to Florida and was booked by the Pinellas County Sheriff's Office on

October 1, 2009, on two counts of Uttering a Forged Check. Petitioner was released on bond on October 3, 2009.

Because Petitioner is no longer in the custody of the Maryland prison system and is no longer being held on the Florida detainer, and because Pinellas County has begun proceedings to try him on the 2001 indictment, the petition is moot.

It is therefore ORDERED AND ADJUDGED that:

1. The petition for habeas corpus (Dkt. 9) is **DISMISSED**.

2. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 23, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*F:\Docs\2008\08-cv-1114.dismiss.wpd*